# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| ELIZABETH MARTIN, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:17-CV-00447-DGK |
| DIVERSIFIED CONSULTANTS, INC., | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

Having considered the parties' Joint Stipulation of Dismissal (Doc. 11), it is hereby

ORDERED that Plaintiff's claims against Defendant Diversified Consultants, Inc., are DISMISSED WITH PREJUDICE. Each party is to bear their own costs.

**IT IS SO ORDERED.**

Date: November 14, 2017  /s/ Greg Kays
GREG KAYS, CHIEF JUDGE
UNITED STATES DISTRICT COURT